**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

HAZEL VOLK,

       **Plaintiff,**

       v.                                 **3:10-MC-141-L (BK)**

PRIMEFLIGHT AVIATION SERVICES, INC.,

       **Defendant.**

**FINDINGS, CONCLUSIONS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to the District Court's *Order of Reference* dated November 19, 2011, this case has been referred to the United States Magistrate Judge for resolution of Defendant's *Motion for Order to Show Cause Why Cooper Villa Should Not be Held in Contempt.* (Docs 1, 2). On December 2, 2010, Defendant's counsel notified the undersigned via facsimile that its motion was moot because Cooper Villa had complied with the discovery request that was the subject of the motion. Counsel also advised that this miscellaneous case consequently could be dismissed.

For the foregoing reasons, it is recommended that the *Motion for Order to Show Cause Why Cooper Villa Should Not be Held in Contempt* (Doc. 1) be **DENIED AS MOOT** and that this case be **CLOSED**.

**SO RECOMMENDED** on December 3, 2010.

_____
RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

## INSTRUCTIONS FOR SERVICE AND
## NOTICE OF RIGHT TO APPEAL/OBJECT

A copy of these findings, conclusions and recommendation shall be served on all parties in the manner provided by law. Any party who objects to any part of these findings, conclusions and recommendation must file specific written objections within 14 days after being served with a copy. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In order to be specific, an objection must identify the specific finding or recommendation to which objection is made, state the basis for the objection, and specify the place in the magistrate judge's findings, conclusions and recommendation where the disputed determination is found. An objection that merely incorporates by reference or refers to the briefing before the magistrate judge is not specific. Failure to file specific written objections will bar the aggrieved party from appealing the factual findings and legal conclusions of the magistrate judge that are accepted or adopted by the district court, except upon grounds of plain error. *See Douglass v. United Servs. Automobile Ass'n*, 79 F.3d 1415, 1417 (5th Cir. 1996).

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE