IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **HAZEL VOLK**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:10-MC-141-L** |
| | § | |
| **PRIMEFLIGHT AVIATION** | § | |
| **SERVICES, INC.**, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the court is Defendant Primeflight Aviation Services, Inc's Motion For Order to Show Cause Why Cooper Villa Should Not Be Held in Contempt, filed November 18, 2010. This motion was referred to United States Magistrate Judge Renee Harris Toliver for resolution as a miscellaneous case on November 19, 2011. The magistrate judge filed Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on December 3, 2010.

The magistrate judge explains that the pending motion in this case should be denied as moot because Cooper Villa has since complied with the discovery request; this case should therefore be closed. The court finds the Report to be well taken and **accepts** the magistrate judge's findings as that of the court. Defendant Primeflight Aviation Services, Inc's Motion For Order to Show Cause Why Cooper Villa Should Not Be Held in Contempt is **denied as moot**. The clerk of the court is **directed** to close this miscellaneous case.

**It is so ordered** this 30th day of December, 2010.

Sam A. Lindsay
United States District Judge

Order – Solo Page